PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: **David Jemini**  Cr.: 00-162-001

Name of Sentencing Judicial Officer: John W. Bissell, Chief U.S.D.J.

Date of Original Sentence: September 21, 2001

Original Offense: Medicare Fraud, Filing False Tax Return

Original Sentence: 27 months in the custody of the Bureau of Prisons, three (3) years supervised release. The following special conditions were imposed: 1) the defendant shall submit to full financial disclosure, 2) the defendant shall refrain from all gambling activities, legal or otherwise, 3) the defendant is to fully cooperate with the Internal Revenue Service by filing all delinquent or amended returns within six months of the sentence date and 4) the defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer. $100 Special Assessment, restitution in the amount of $800,000 (ordered jointly and severally with defendants in related cases).

Type of Supervision: Supervised Release        Date Supervision Commenced: November 19, 2003

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay restitution in the amount of $800,000; it shall be paid in monthly installments of no less than $350 over a period of 20 years. The imposition of interest is waived.**' |

Mr. Jemini had difficulty making the required payment of $350 each month upon beginning his term of supervision. On February 25, 2004, the U.S. Probation Office filed a Report on Offender Under Supervision with the Court, recommending a reduced payment schedule of $75 per month (at this time, Mr. Jemini was also admonished for opening an unauthorized line of credit). The Court approved this action and Mr. Jemini has been making regular payments of $75 per month since that time. As of the date of this petition, he is not currently working; his probation officer reports that he suffered a heart attack in September 2006 and is currently being supported by his parents. Mr. Jemini currently owes a balance of $798,100 toward his restitution.

Mr. Jemini is presently being supervised by the U.S. Probation Office in the Southern District of Florida; he relocated to Florida in July 2005 in order to reside with his elderly parents. It is reported that he has otherwise complied with the terms of his supervision.

U.S. Probation Officer Action:

The U.S. Probation Office recommends that Mr. Jemini's period of Supervised Release be allowed to expire on November 18, 2006, as scheduled. The matter will then be turned over to the Financial Litigation Unit of the U.S. Attorney's Office for the appropriate collection of the unpaid portion of his restitution.

Respectfully submitted,

By: Joseph A. DaGrossa
U.S. Probation Officer
Date: October 3, 2006

APPROVED:

RICHARD A. GALLO          Date 10/2/06
Supervising U.S. Probation Officer

[X] Agree with U.S. Probation Officer action. The offender's term of Supervised Release is to expire as scheduled and the matter is to be turned over to the Financial Litigation Unit of the U.S. Attorney's Office for the appropriate collection of the unpaid portion of his restitution.

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer
USDJ

October 10, 2006
Date