# United States District Court
## for the District of New Jersey

| | |
|---|---|
| _____ : | |
| UNITED STATES OF AMERICA : | |
| Plaintiff : | Criminal No.  00-0162 |
| : | |
| v. : | |
| : | |
| : | Order of Reassignment |
| DAVID JEMINI, ET AL : | |
| : | |
| Defendant : | |
| _____ : | |

It is on this 27th day of May 2008,

O R D E R E D that the entitled action is reassigned

from Judge John W. Bissell to Judge Dickinson R. Debevoise.


 S/Garrett E. Brown, Jr.
Garrett E. Brown, Jr., Chief Judge
United States District Court